## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Anthony Donnelle Brown, | Criminal No. 04-260 (1) (RHK/AJB) |
| | Civil No. 06-315 (RHK) |
| Petitioner-Defendant, | **ORDER** |
| vs. | |
| United States of America, | |
| Respondent-Plaintiff. | |

_____

Petitioner's Motion to Alter or Amend Judgment (Doc. No. 60) is **DENIED**.

Petitioner's request for a Certificate of Appealability is **DENIED**.

Dated: May 15, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge